UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Leonard Chan<br><br>*Debtor(s),* | Chapter 13<br><br>Case No.  10-45663<br><br>Judge Jack B. Schmetterer |

### RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes M&T Bank, by and through its attorney, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The following is an itemization of fees and costs due on the loan as of November 17, 2015.

    The loan is due for December 1, 2015.

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within **twenty one** days of this notice, M&T Bank rights to collect these amounts will remain unaffected.

    Respectfully Submitted,
    M&T Bank

    /s/Christopher M. Brown
    Christopher M. Brown
    ARDC#6271138

    Pierce & Associates, P.C.
    1 N. Dearborn St. Suite 1300
    Chicago, IL 60602
    (312) 346-9088

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: Leonard Chan

*Debtor(s),*

Chapter 13

Case No.  10-45663

Judge Jack B. Schmetterer

## CERTIFICATE OF SERVICE

     I, the undersigned Attorney, Certify that I served a copy of this Response to the Addresses attached by Electronic Notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on November 19, 2015, with proper postage prepaid.

          M&T Bank

          /s/Christopher M. Brown
          Christopher M. Brown
          ARDC#6271138

**\*\*\*THESE DOCUMENTS ARE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION BOTAINED WILL BE USED FOR THAT PURPOSE\*\*\***

Pierce & Associates, P.C.
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088

File Number: 250974

**Service List**

To Trustee:
Tom Vaughn
55 East Monroe St.
Suite 3850
Chicago, IL 60603
**by Electronic Notice through ECF**

To Debtor:
Leonard Chan
7610 North Crawford Avenue 201A
Skokie, IL 60076-4311
**by U.S. Mail**

To Attorney:
Thomas W Drexler
221 N LaSalle Street Suite 1600
Chicago, IL 60601
**by Electronic Notice through ECF**

Pierce & Associates, P.C.
Attorney For: Creditor
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088
File Number: 250974